UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CULLIN COLEMAN III                                            PLAINTIFF

v.                                           CIVIL ACTION NO. 3:14CV-P303-S

MARK BOLTON *et al.*                                   DEFENDANTS

**MEMORANDUM OPINION**

         Plaintiff Cullin Coleman III, a convicted inmate incarcerated at the Jefferson County Jail, filed a *pro se*, *in forma pauperis* complaint pursuant to 42 U.S.C. § 1983. By Memorandum Opinion and Order entered August 20, 2014 (DN 6), the Court conducted an initial review of the complaint pursuant to 28 U.S.C. § 1915A and dismissed the official-capacity claims pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted and granted Plaintiff 30 days within which to file an amended complaint related to his excessive-force claim. The Court warned Plaintiff that his failure to file an amended complaint within the time allotted would result in dismissal of the entire action pursuant to 28 U.S.C. § 1915A for failure to state a claim upon which relief may be granted.

         The 30-day period has expired without the filing of an amended complaint by Plaintiff. Accordingly, all claims will be dismissed by separate Order for failure to state a claim upon which relief may be granted.

Date:

cc:       Plaintiff, *pro se*
            Defendants
            Jefferson County Attorney
4411.005